# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/16
```

WRITER'S DIRECT:   212-465-1124
anne@leelitigation.com

January 29, 2016

**Via ECF**
The Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Solorio v. 142 Mercer Street, LLC, et al.*
      Docket No.: 15-cv-5817

Dear Judge Torres:

We are counsel to Plaintiff and write jointly with counsel to Defendants.

By letter dated December 15, 2015, the parties informed the Court that a contemplated class settlement had been reached following private mediation. Thereafter, Plaintiff drafted a proposed settlement agreement. The parties have since finalized the terms of the agreement, which is out for signature with Defendants.

By Order dated December 21, 2015 the Court set January 31, 2016 as the date by which to file for approval of the settlement or submit a stipulation of dismissal under 41(a)(1)(A). However, as this matter involves a class settlement, the parties intend to submit a motion for preliminary approval, not a stipulation of dismissal.

As the settlement agreement is in the process of being executed, the parties respectfully request a brief extension of the date by which to file for preliminary approval, to February 5, 2016. This is the parties' first request for an extension.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc:   all parties via ECF

GRANTED. The parties shall file their motion for preliminary approval of the settlement agreement by **February 5, 2016**.

SO ORDERED.

Dated: February 1, 2016
      New York, New York

_____
ANALISA TORRES
United States District Judge