IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE SOLORIO, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>142 MERCER STREET, LLC, BURGER & BARREL, LLC, NACO NYC, LLC, 9 EAST FIRST STREET, LLC, SESSANTA, LLC, CROMWELL SOHO OPERATING LLC, MERCER STREET HOSPITALITY LLC, JOHN MCDONALD, JOSHUA PICKARD, JOSHUA CAPON, STEVEN ECKLER and JAY OLIVEROS,<br><br>      Defendants. | Case No.: CV-15-5817<br><br>Freeman, M.J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

   For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: September 19, 2016

                                            Respectfully submitted,

                                            LEE LITIGATION GROUP, PLLC

                                            By: /s/ C.K. Lee
                                            C.K. Lee (CL 4086)
                                            Anne Seelig (AS 3976)
                                            30 East 39th Street, Second Floor
                                            New York, NY 10016
                                            Tel.: 212-465-1188
                                            Fax: 212-465-1181
                                            *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*