IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE SOLORIO, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>142 MERCER STREET, LLC, BURGER & BARREL, LLC, NACO NYC, LLC, 9 EAST FIRST STREET, LLC, SESSANTA, LLC, CROMWELL SOHO OPERATING LLC, MERCER STREET HOSPITALITY LLC, JOHN MCDONALD, JOSHUA PICKARD, JOSHUA CAPON, STEVEN ECKLER and JAY OLIVEROS,<br><br>      Defendants. | Case No.: 15 CV 5817<br><br>Freeman, M.J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

  For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representative Service Award and Release Payment, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order: (1) awarding Class Counsel $100,000 in attorneys' fees, which is approximately one-third of the Settlement Fund established by Defendants, plus costs and expenses in the amount of $3,995.00, to be paid from the Settlement Fund; and (2) awarding Advanced Litigation Strategies, LLC, as Settlement Administrator, administration fees of $25,000, to be paid from the Settlement Fund.

Dated: September 19, 2016

                                        Respectfully submitted,

                                        LEE LITIGATION GROUP, PLLC

                                        By: /s/ C.K. Lee
                                        C.K. Lee (CL 4086)
                                        Anne Seelig (AS 3976)
                                        30 East 39th Street, Second Floor
                                        New York, NY 10016
                                        Tel.: 212-465-1188
                                        Fax: 212-465-1181
                                        ***Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class***